**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORFA VARGAS,<br><br>                Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                Defendant. | Case No.:  5:11-cv-2166 PSG<br><br>**ORDER RE: JUDGMENT**<br><br>**(Re: Docket No. 20)** |

Having rendered a decision in the above-captioned action,

        IT IS HEREBY ORDERED that judgment be entered for Defendant Michael J. Astrue, Commissioner, Social Security, and against Plaintiff Orfa Vargas, and that the Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

1